**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| RHONDA REID, | : |
|    Plaintiff, | : |
| v. | :    CASE NO.: 3:22-CV-46 (LAG) |
| TYNASHA EVANS, *et al.*, | : |
|    Defendants. | : |

## ORDER

Before the Court is Plaintiff Rhonda Reid's Motion for Permission to *Appeal In Forma Pauperis* (IFP) and Affidavit. (Doc. 25). Plaintiff initiated this action on April 28, 2022, raising tort claims against several Defendants. (Doc. 1). Between June 30, 2022, and November 10, 2022, all Defendants moved to dismiss Plaintiff's claims against them. (Docs. 15, 17, 20; *Reid v. Land*, No.3:22-CV-53 (LAG), (Doc. 7) (M.D. Ga. Nov. 10, 2022)). On January 23, 2023, the Court granted Defendants' Motions to Dismiss and dismissed Plaintiff's Complaint. (Doc. 23). On January 25, 2023, Plaintiff filed a Notice of Appeal. (Doc. 26). That same day, Plaintiff filed the instant Motion, seeking leave to proceed with her appeal IFP. (Doc. 25 at 1). On January 30, 2023, Plaintiff paid the appropriate filing fee to proceed with her appeal. (*See* Docket). Accordingly, Plaintiff's Motion for Permission to Appeal IFP (Doc. 25) is **DENIED as moot.**

      **SO ORDERED**, this 14th day of February, 2023.

                              /s/ Leslie A. Gardner
                              **LESLIE A. GARDNER, JUDGE
                              UNITED STATES DISTRICT COURT**